NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| LAWRENCE CAMPBELL, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D17-3742 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Frank Quesada,
Judge.

Lawrence Campbell, pro se.


PER CURIAM.

Affirmed.  See Ch. 99-10, § 1, at 532, Laws of Fla.; Ch. 77-266, § 1, at

1248, Laws of Fla.; Campbell v. State, 183 So. 3d 356 (Fla. 2d DCA 2015) (table

decision); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Campbell v. State,

127 So. 3d 509 (Fla. 2d DCA 2013) (table decision); Doby v. State, 25 So. 3d 598 (Fla.

2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Shortridge v. State,

884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA

2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001); Romano v. State, 718 So. 2d 283 (Fla. 4th DCA 1998).

MORRIS, SLEET, and BADALAMENTI, JJ., Concur.